Broadcast Report

P    1
10/11/2021 09:20
Serial No.  AC75011000372
TC:    69817

| Addressee | Start Time | Time | Prints | Result | Note |
|---|---|---|---|---|---|
| 916019832076 | 10-11 09:08 | 00:00:37 | 001/001 | OK | |
| 1 | 10-11 09:20 | 00:00:56 | 000/001 | No Ans | |

Note    TMR:Timer TX, POL:Polling, ORG:Original Size Setting, FME:Frame Erase TX,
DSR:Page Separation TX, MIX:Mixed Original TX, CALL:Manual TX, SRC:SRC,
FWD:Forward, PC:PC-FAX, BND:Double-Sided Binding Direction, SP:Special Original,
FCODE:F-Code, RTX:Re-TX, RLY:Relay, MBX:Confidential, BUL:Bulletin,
IPADR:IP Address Fax, I-FAX:Internet Fax IP-FAX: IP-FAX(SIP)

Result    OK: Communication OK, S-OK: Stop Communication, PW-OFF: Power Switch OFF,
TEL: No from TEL, NG: Other Error, Cont: Continue, No Ans: No Answer,
Refuse: Receipt Refused, Busy: Busy, M-Full:Memory Full, LOVR:Receiving Length Over,
POVR:Receiving page Over, FIL:File Error, DC:Decode Error, MDN:MDN Response Error,
DSN:DSN Response Error, PRINT:Compulsory Memory Document Print,
DEL:Compulsory Memory Document Delete, SEND:Compulsory Memory Document Send.



# Doug Welborn

Clerk of Court
19th Judicial District
Parish of East Baton Rouge

P.O. Box 1991
Baton Rouge, La 70821-1991
Telephone: (225) 389-3982
Fax: (225) 389-3392
www.ebrclerkofcourt.org

**FAX RECEIPT**

**FROM: SUIT ACCOUNTING DEPARTMENT**

**FAX NUMBER: (225) 389-3392**

**To: JENNIFER EDDINGTON PRIEBE**

Date: OCTOBER 8, 2021

Suit No.: C-712123

Section: 25

EDMOND STOKES VS GEORGE JOHNSON, ET AL

Total Amount Due (includes all applicable fees below) $1,038.00

| | |
|---|---|
| 901-COVER LETTER | 2 PAGES |
| 904-CIVIL CASE REPORTING FORM | 1 PAGE |
| 1002-PET- DAMAGES -CIV | 5 PAGES |

The Clerk's office received the above mentioned documents by facsimile transmission dated 10/8/21, document(s) in the above referenced case. In accordance with R.S. 13:850(B), within seven days, exclusive of legal holidays, the party filing the document shall forward to the clerk, the original signed document, applicable filing fees and a transmission fee. The fax transmission fee is also required of forma pauperis filings and filings by state/political subdivisions.

Applicable fees are established in accordance with law as follows:
13:850(B)(3) A transmission fee of five dollars
13:841(A)(2)(a) First page of each pleading, six dollars
13:841(A)(2)(b) Each subsequent page, four dollars
13:841(A)(2)(c) Paper-exhibits, attachments, transcripts and depositions-per page, two dollars
13:841(A)(4)(b) Issuing document without notice of service, fifteen dollars (Receipt generation fee)

**NO FURTHER ACTION WILL BE TAKEN REGARDING THIS DOCUMENT UNTIL ALL FEES ARE RECEIVED IN THIS OFFICE.**

**SERVICE/SUBPOENA REQUESTS WILL NOT BE ISSUED FROM FAX FILING. SERVICE WILL BE ISSUED AS A RESULT OF THE FILING OF THE ORIGINAL DOCUMENT(S).**

**IF MAILING ORIGINAL DOCUMENT(S), PLEASE ATTACH THIS RECEIPT TO THE DOCUMENT(S) TO BE FILED. IF FILING THE ORIGINAL DOCUMENTS IN PERSON, PLEASE NOTIFY THE FILING CLERK OF THE PREVIOUS FAX FILING.**

*Megan Gullett*

*Deputy Clerk of Court for*
*Doug Welborn, Clerk of Court*

Suit Accounting Dept. Form #6 Rev. 02/20/14



**LUNSFORD BASKIN & PRIEBE PLLC**

Brad Baskin*
Rob Lunsford***
Jennifer Priebe**
Andrew Rueff*

Licensed in MS*
Licensed in LA**
Licensed in MS & LA***

lbpcomp.com

Free - 888.920.COMP (2667)
MS - 601.983.COMP (2667)
LA - 504.656.6579
FAX - 601.983.2076

125 South Congress Street, Suite 1205  ·  Jackson, Mississippi 39201  |  650 Poydras Street, Suite 1470  ·  New Orleans, Louisiana 70130

EAST BATON ROUGE PARISH    C-712123
Filed Oct 08, 2021          25
Deputy Clerk of Court

*(All replies to Jackson office)*

October 8, 2021

*Via Facsimile and U.S. FIRST CLASS MAIL*
Clerk of Court, Parish of East Baton Rouge
Attn: Civil Processing / Suit Accounting
P.O. Box 1991
Baton Rouge, LA 70821-1991
F: (225) 389-3392

Re:    Edmond Stokes v. George Johnson and BGB Trucking., Inc.; 19th Judicial District Court; Parish of East Baton Rouge; New Docket

Dear Clerk:

Please file the enclosed Petition for Damages. As per your office, we will await receipt of a "receipt of transmission" noting the associated costs before forwarding the originals and check in the mail. Please return a conformed copy to me in the self-addressed stamped envelope provided.

Thank you in advance for your usual courtesies.

Very truly yours,

Jennifer Eddington Priebe

Enclosures:    (1) Louisiana Civil Case Cover Sheet
               (2) Petitioner's Original Petition

**Lunsford, Baskin & Priebe**
**125 South Congress Street**
**Ste. 1208**
**Jackson, MS 39201**
**Tel: 601-983-2667 Fax: 601-983-2076**

# Fax

| | |
|---|---|
| **To:** 12253893392 | **From:** Bernice Cashman |
| **Fax:** 1-225-389-3392 | **Date:** Oct 08, 2021 04:58 PM |

**Subject: Edmond Stokes v. George Johnson, et al; NEW DOCKET**

To: Clerk of Court/ Suit Accounting
From: Bernice with Lunsford, Baskin & Priebe, PLLC

Please see the attached from Ms. Jennifer E. Priebe.

Thank you,

 LUNSFORD
BASKIN
& PRIEBE PLLC

**Bernice Cashman**
*Legal Assistant*

Jackson, MS
601.983.COMP (2667)

New Orleans, LA
504.656.6579

Denver, CO
720.707.COMP (2667)

**10/08/2021 16:59          No.: R364 L1          P.001/008**

0/8/2021 17:00:06 CDT    To: 12253893392    Page: 3/8    From: Lunsford, Baskin & Priebe    Fax: 6019832076

EAST BATON ROUGE PARISH    C-712123
Filed Oct 08, 2021    25
Deputy Clerk of Court

APPENDIX 9.6
LOUISIANA CIVIL CASE REPORTING
Civil Case Cover Sheet - LA. R.S. 13:4688, Part G, §13 of the Louisiana Supreme Court
General Administrative Rules, and Appendix 9.6 of the Louisiana District Court Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

Suit Caption:

EDMOND STOKES    vs.    GEORGE JOHNSON and BGB TRUCKING, INC.

Court:  19th JDC - East Baton Rouge    Docket Number:  NEW DOCKET

Parish of Filing:  East Baton Rouge    Filing Date:  October 8, 2021

Name of Lead Petitioner's Attorney:  Jennifer Eddington Priebe

Name of Self-Represented Litigant:  n/a

Number of named petitioners:  1    Number of named defendants:  2

Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

x Auto: Personal Injury
__ Auto: Wrongful Death
__ Asbestos: Property Damage
__ Product Liability
__ Intentional Bodily Injury
__ Intentional Wrongful Death
__ Business Tort
__ Defamation
__ Environmental Tort
__ Intellectual Property
__ Legal Malpractice
__ Other Professional Malpractice
__ Maritime
__ Wrongful Death
__ General Negligence

__ Auto: Property Damage
__ Auto: Uninsured Motorist
__ Asbestos: Personal Injury/Death
__ Premise Liability
__ Intentional Property Damage
__ Unfair Business Practice
__ Fraud
__ Professional Negligence
__ Medical Malpractice
__ Toxic Tort
__ Other Tort (describe below)
__ Redhibition
__ Class action (nature of case)

Please briefly describe the nature of the litigation in one sentence of additional detail:
Petitioner's vehicle was struck by a vehicle operated by George Johnson who was in the course and scope his employment with BGB Trucking, Inc. at the time of the subject accident.

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name  Jennifer Eddington Priebe    Signature

Address  125 S. Congress St., Ste 1208, Jackson, MS 39201

Phone number:  (601) 983-2667    E-mail address:  jennifer@lunsfordbaskin.com

**10/08/2021 17:00**    **No.: R364 L1**    **P.003/008**

EAST BATON ROUGE PARISH **C-712123**
Filed Oct 08, 2021
Deputy Clerk of Court          **25**

## 19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

### STATE OF LOUISIANA

NO: _____

EDMOND STOKES                                      DIVISION  " "

VERSUS

GEORGE JOHNSON AND BGB TRUCKING, INC.

FILED: _____          _____
                                                         DEPUTY CLERK

### PETITION FOR DAMAGES

TO THIS HONORABLE COURT:

NOW INTO COURT, through undersigned counsel, Petitioner Edmond Stokes ("Petitioner"), a person of the full age of majority domiciled in the Parish of St. Martin, Louisiana, who respectfully represents as follows:

I.

George Johnson, named as a defendant herein, is a person of the full age of majority, domiciled in the State of Kentucky and upon information and belief, was the driver of the vehicle which caused the crash described below, and is liable unto Petitioner for claims of the nature asserted herin.

II.

BGB Trucking, Inc. named as a defendant herein, is a foreign corporation with its principal place of business in Kentucky and who upon information and belief, was the employer of George Johnson, and who is liable unto Petitioner for claims of the nature asserted herein.

III.

On or about September 8, 2021 Mr. Edmond Stokes drove his small Honda East on Harding Blvd. in the left-hand lane. At the same time Defendant George Johnson drove his large tractor with trailer in tow, East on Harding Blvd. in the right-hand lane directly next to Mr. Stokes. Without warning Defendant Johnson attempted to make an unsafe lane change directly on top of Mr. Stokes. Mr. Stokes blew his horn to warn Defendant Johnson, however Defendant Johnson disregarded this warning. Defendant Johnson proceeded to enter Mr. Stokes' lane and then violently crashed into Mr. Stokes. Inexplicably Defendant Johnson failed to stop his tractor trailer and provide information regarding his identity and failed to provide reasonable aid to Mr.

Page 1 of 5

Stokes. Defendant Johnson continued East on Harding Blvd. Mr. Stokes and a good Samaritan who witnessed the crash then tried to get Defendant Johnson's attention. Defendant Johnson again ignored Mr. Stokes. Mr. Stokes and the good Samaritan then separately followed Defendant Johnson as he turned North on to Plank Rd. Mr. Stokes was able to catch up to Defendant Johnson and have him pull over to await police.

### IV.

As a result of the crash, Mr. Stokes sustained serious and debilitating injuries for which he has sought medical attention and treatment and has incurred substantial medical expenses.

### V.

A cause of the crash was the negligence of George Johnson in the following ways:

1.  Operating a motor vehicle in a careless and reckless manner;
2.  Failing to keep a proper lookout of his surroundings;
3.  Failing to maintain control of a motor vehicle; and
4.  Any other negligent acts of omission or commission which may be shown at the time of the trial of this matter.

### VI.

A cause of the crash was the negligence of BGB Trucking, Inc. in the following ways:

1.  Failing to properly train George Johnson;
2.  Failing to properly supervise George Johnson;
3.  Negligently hiring George Johnson, who they knew or should have known was incapable or incompetent to operate his vehicle; and
4.  Any other negligent acts of omission or commission which may be shown at the time of the trial of this matter.

### VII.

Petitioner further asserts a claim against BGB Trucking, Inc. under the theory of respondeat superior, asserting that it is vicariously liable for the conduct of its employee, George Johnson, who upon information and belief was in the course and scope of his employment at the time of the crash.

### VIII.

Petitioner re-alleges each aforementioned allegation as if fully incorporated below. Defendants' conduct was negligence Per Se because of a duty imposed by statute. This breach

caused Petitioner's injuries. Specifically, there was a breach of duties imposed by statutes and State law, including, but not limited to, the following:

1. LA Rev Stat § 32:79(A) Any person operating a motor vehicle on the public roads of this state shall drive in a careful and prudent manner, so as not to endanger the life, limb, or property of any person. Failure to drive in such a manner shall constitute careless operation.

2. LA Rev Stat § 32:79(1) A vehicle shall be driven as nearly as practicable entirely within a single lane and shall not be moved from such lane until the driver has first ascertained that such movement can be made with safety.

3. LA Rev Stat §14:100 Hit and run driving is the intentional failure of the driver of a vehicle involved in or causing any accident, to stop such vehicle at the scene of the accident, to give his identity, and to render reasonable aid.

Petitioner is within the class of individuals intended to be protected by these statutes. The statutes are ones for which tort liability may be imposed. The breach of the statutory duties proximately caused Petitioner's injuries.

## IX.

Petitioner will further show that the acts and/or omissions of Defendants as described above, when viewed objectively from their standpoint, involve an extreme departure from ordinary care or the want of even scant care considering the probability and magnitude of the potential harm to others. Defendants had actual subjective awareness of the risk involved, but nevertheless proceeded in conscious indifference to the rights, safety, and/or welfare of the others, including Petitioner. As such, these actions and omissions constitute gross negligence and malice as those terms are understood by law.

## X.

In accordance with Louisiana Civil Code Article 2315, et seq., the defendants are liable unto Edmond Stokes for the damages he has sustained as a result of the negligence of the defendants herin, namely:

a.    Physical pain and suffering in the past;

b.    Physical pain and suffering in the future;

c.    Mental anguish in the past;

d.    Mental anguish in the future;

e.    Physical impairment in the past;

f.    Plaintiffs will, in all reasonable probability, suffer physical impairment in the future;

g.    Reasonable medical care and expenses in the past. Plaintiffs incurred these expenses for the necessary care and treatment of injuries resulting from the incident complained of

herein, and such charges were reasonable and were usual and customary charges for such services;

h.      Petitioner will, in all reasonable probability, incur reasonable and necessary medical care and expenses in the future;

i.      Disfigurement in the past;

j.      Disfigurement in the future;

k.      Loss of earning capacity in the past;

l.      Petitioner will, in all reasonable probability, incur loss of earning capacity in the future;

m.      Loss of household services in the past;

n.      Loss of household services in the future;

o.      Cost of monitoring and prevention in the future;

p.      Costs of suit;

q.      Prejudgment and post-judgment interest; and

r.      All other relief to which Petitioner may be justly entitled.

Because of the egregious nature of the actions of the Defendants, Petitioner seeks punitive damages.

## XI.

Petitioner respectfully requests a trial by jury.

## XII.

WHEREFORE, PREMISES CONSIDERED, Petitioner prays for judgment against Defendant in an amount reasonable in the premises, plus pre- and post-judgment interest at the legal rate, for all costs of court, for punitive damages and attorney's fees, for a trial by jury and for all general and equitable relief deemed appropriate by this Honorable Court.

Respectfully submitted,

LUNSFORD, BASKIN & PRIEBE, PLLC

By:
Jennifer E. Priebe; LAB#: 35766
650 Poydras Street, Suite 1470
New Orleans, LA 70130
Telephone: (504) 656-6579
Facsimile: (601) 983-2076
Email: Jennifer@lbpcomp.com

THE BUZBEE LAW FIRM

By: /s/ Anthony G. Buzbee
Anthony G. Buzbee

Page 4 of 5

*(To Be Admitted Pro Hac Vice)*
TX State Bar No. 24001820
Ryan S. Pigg
*(To Be Admitted Pro Hac Vice)*
State Bar No 24088227
Mauricio Guevara
*(To Be Admitted Pro Hac Vice)*
State Bar No 24123065
Cornelia Bradfield-Harvey
*(To Be Admitted Pro Hac Vice)*
State Bar No. 24103540
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel: (713) 223-5393
Fax: (713) 223-5909
**ATTORNEYS FOR PETITIONER**

PLEASE SERVE PETITION AND CITATION ON:

GEORGE JOHNSON
**Through the Louisiana Long Arm Statute:**
3629 LINTON RD
CADIZ, KY 42211

BGB TRUCKING, INC.
**Through the Louisiana Long Arm Statute:**
BOBBY BOWERS
12888 HWY. 62 W.
PRINCETON, KY 42445

Page 5 of 5

EAST BATON ROUGE PARISH    C-712123
Filed Oct 18, 2021 10:55 AM    25
Deputy Clerk of Court
FAX Received Oct 08, 2021



LUNSFORD
BASKIN
& PRIEBE PLLC

Brad Baskin*
Rob Lunsford***
Jennifer Priebe**
Andrew Rueff*

Licensed in MS*
Licensed in LA**
Licensed in MS & LA***

lbpcomp.com

Free - 888.920.COMP (2667)
MS - 601.983.COMP (2667)
LA - 504.656.6579
FAX - 601.983.2076

125 South Congress Street, Suite 1208 · Jackson, Mississippi 39201 | 650 Poydras Street, Suite 1470 · New Orleans, Louisiana 70130

*(All replies to Jackson office)*

October 8, 2021

***Via Facsimile and U.S. FIRST CLASS MAIL***
Clerk of Court, Parish of East Baton Rouge
Attn: Civil Processing / Suit Accounting
P.O. Box 1991
Baton Rouge, LA 70821-1991
F: (225) 389-3392

Re:    **Edmond Stokes v. George Johnson and BGB Trucking., Inc.; 19ᵗʰ Judicial District
Court; Parish of East Baton Rouge; New Docket**

Dear Clerk:

Please file the enclosed Petition for Damages. As per your office, we will await receipt of a "receipt of transmission" noting the associated costs before forwarding the originals and check in the mail. Please return a conformed copy to me in the self-addressed stamped envelope provided.

Thank you in advance for your usual courtesies.

Very truly yours,

Jennifer Eddington Priebe

Enclosures:    (1) Louisiana Civil Case Cover Sheet
(2) Petitioner's Original Petition



# Doug Welborn

Clerk of Court
19th Judicial District
Parish of East Baton Rouge

P.O. Box 1991
Baton Rouge, La 70821-1991
Telephone: (225) 389-3982
Fax: (225) 389-3392
www.ebrclerkofcourt.org

**FAX RECEIPT**

**FROM: SUIT ACCOUNTING DEPARTMENT**

**Date: OCTOBER 8, 2021**

**FAX NUMBER: (225) 389-3392**

**Suit No.: C-712123**

**To: JENNIFER EDDINGTON PRIEBE**

**Section: 25**

**EDMOND STOKES VS GEORGE JOHNSON, ET AL**

**Total Amount Due (includes all applicable fees below) $1,039.00**

| | |
|---|---|
| 901-COVER LETTER | 2 PAGES |
| 904-CIVIL CASE REPORTING FORM | 1 PAGE |
| 1002-PET- DAMAGES -CIV | 5 PAGES |

The Clerk's office received the above mentioned documents by facsimile transmission dated 10/8/21, document(s) in the above referenced case. In accordance with R.S. 13:850(B), within seven days, exclusive of legal holidays, the party filing the document shall forward to the clerk, the original signed document, applicable filing fees and a transmission fee. The fax transmission fee is also required of forma pauperis filings and filings by state/political subdivisions.

Applicable fees are established in accordance with law as follows:
13:850(B)(3) A transmission fee of five dollars
13:841(A)(2)(a) First page of each pleading, six dollars
13:841(A)(2)(b) Each subsequent page, four dollars
13:841(A)(2)(c) Paper-exhibits, attachments, transcripts and depositions-per page, two dollars
13:841(A)(4)(b) Issuing document without notice of service, fifteen dollars (Receipt generation fee)

**NO FURTHER ACTION WILL BE TAKEN REGARDING THIS DOCUMENT UNTIL ALL FEES ARE RECEIVED IN THIS OFFICE.**

**SERVICE/SUBPOENA REQUESTS WILL NOT BE ISSUED FROM FAX FILING. SERVICE WILL BE ISSUED AS A RESULT OF THE FILING OF THE ORIGINAL DOCUMENT(S).**

**IF MAILING ORIGINAL DOCUMENT(S), PLEASE ATTACH THIS RECEIPT TO THE DOCUMENT(S) TO BE FILED. IF FILING THE ORIGINAL DOCUMENTS IN PERSON, PLEASE NOTIFY THE FILING CLERK OF THE PREVIOUS FAX FILING.**

*Megan Gullett*

*Deputy Clerk of Court for*
*Doug Welborn, Clerk of Court*

Suit Accounting Dept. Form #6 Rev. 08/26/14

EAST BATON ROUGE PARISH
Filed Oct 18, 2021 10:55 AM
Deputy Clerk of Court
FAX Received Oct 08, 2021

C-712123
25

### APPENDIX 9.6
### LOUISIANA CIVIL CASE REPORTING
Civil Case Cover Sheet - LA. R.S. 13:4688, Part G, §13 of the Louisiana Supreme Court
General Administrative Rules, and Appendix 9.6 of the Louisiana District Court Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized
representative, or by the self-represented litigant (if not represented by counsel) and submitted with the
original petition filed with the court. The information should be the best available at the time of filing.
This information does not constitute a discovery request, response or supplementation, and is not
admissible at trial.

**Suit Caption:**

EDMOND STOKES               **VS.**   GEORGE JOHNSON and BGB TRUCKING, INC.

**Court:** 19th JDC - East Baton Rouge        **Docket Number:** _____ NEW DOCKET _____

**Parish of Filing:** East Baton Rouge        **Filing Date:** _____ October 8, 2021 _____

**Name of Lead Petitioner's Attorney:** _____ Jennifer Eddington Priebe _____

**Name of Self-Represented Litigant:** _____ n/a _____

**Number of named petitioners:** _1_        **Number of named defendants:** _2_

**Type of Lawsuit: Please check the categories which most appropriately apply to this suit
(no more than 3 categories should be checked):**

| | |
|---|---|
| x Auto: Personal Injury | __ Auto: Property Damage |
| __ Auto: Wrongful Death | __ Auto: Uninsured Motorist |
| __ Asbestos: Property Damage | __ Asbestos: Personal Injury/Death |
| __ Product Liability | __ Premise Liability |
| __ Intentional Bodily Injury | __ Intentional Property Damage |
| __ Intentional Wrongful Death | __ Unfair Business Practice |
| __ Business Tort | __ Fraud |
| __ Defamation | __ Professional Negligence |
| __ Environmental Tort | __ Medical Malpractice |
| __ Intellectual Property | __ Toxic Tort |
| __ Legal Malpractice | __ Other Tort (describe below) |
| __ Other Professional Malpractice | __ Redhibition |
| __ Maritime | __ Class action (nature of case) |
| __ Wrongful Death | _____ |
| __ General Negligence | |

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
Petitioner's vehicle was struck by a vehicle operated by George Johnson who was in the course
and scope his employment with BGB Trucking, Inc. at the time of the subject accident.

Following the completion of this form by counsel, counsel's representative, or by the self-represented
litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of
Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name _____ Jennifer Eddington Priebe _____        Signature _____

Address _____ 125 S. Congress St., Ste 1208, Jackson, MS 39201 _____

Phone number: _____ (601) 983-2667 _____   E-mail address: _____ jennifer@lunsfordbaskin.com _____

EAST BATON ROUGE PARISH
Filed Oct 18, 2021 10:55 AM
Deputy Clerk of Court
FAX Received Oct 08, 2021

C-712123
25

## 19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

### STATE OF LOUISIANA

NO: _____                                     DIVISION    "_"

**EDMOND STOKES**

### VERSUS

### GEORGE JOHNSON AND BGB TRUCKING, INC.

FILED: _____       _____

                                                    **DEPUTY CLERK**

### PETITION FOR DAMAGES

TO THIS HONORABLE COURT:

NOW INTO COURT, through undersigned counsel, Petitioner Edmond Stokes ("Petitioner"), a person of the full age of majority domiciled in the Parish of St. Martin, Louisiana, who respectfully represents as follows:

**I.**

George Johnson, named as a defendant herein, is a person of the full age of majority, domiciled in the State of Kentucky and upon information and belief, was the driver of the vehicle which caused the crash described below, and is liable unto Petitioner for claims of the nature asserted herin.

**II.**

BGB Trucking, Inc. named as a defendant herein, is a foreign corporation with its principal place of business in Kentucky and who upon information and belief, was the employer of George Johnson, and who is liable unto Petitioner for claims of the nature asserted herein.

**III.**

On or about September 8, 2021 Mr. Edmond Stokes drove his small Honda East on Harding Blvd. in the left-hand lane. At the same time Defendant George Johnson drove his large tractor with trailer in tow, East on Harding Blvd. in the right-hand lane directly next to Mr. Stokes. Without warning Defendant Johnson attempted to make an unsafe lane change directly on top of Mr. Stokes. Mr. Stokes blew his horn to warn Defendant Johnson, however Defendant Johnson disregarded this warning. Defendant Johnson proceeded to enter Mr. Stokes' lane and then violently crashed into Mr. Stokes. Inexplicably Defendant Johnson failed to stop his tractor trailer and provide information regarding his identity and failed to provide reasonable aid to Mr.

Stokes. Defendant Johnson continued East on Harding Blvd. Mr. Stokes and a good Samaritan who witnessed the crash then tried to get Defendant Johnson's attention. Defendant Johnson again ignored Mr. Stokes. Mr. Stokes and the good Samaritan then separately followed Defendant Johnson as he turned North on to Plank Rd. Mr. Stokes was able to catch up to Defendant Johnson and have him pull over to await police.

## IV.

As a result of the crash, Mr. Stokes sustained serious and debilitating injuries for which he has sought medical attention and treatment and has incurred substantial medical expenses.

## V.

A cause of the crash was the negligence of George Johnson in the following ways:

1.  Operating a motor vehicle in a careless and reckless manner;

2.  Failing to keep a proper lookout of his surroundings;

3.  Failing to maintain control of a motor vehicle; and

4.  Any other negligent acts of omission or commission which may be shown at the time of the trial of this matter.


## VI.

A cause of the crash was the negligence of BGB Trucking, Inc. in the following ways:

1.  Failing to properly train George Johnson;

2.  Failing to properly supervise George Johnson;

3.  Negligently hiring George Johnson, who they knew or should have known was incapable or incompetent to operate his vehicle; and

4.  Any other negligent acts of omission or commission which may be shown at the time of the trial of this matter.

## VII.

Petitioner further asserts a claim against BGB Trucking, Inc. under the theory of respondeat superior, asserting that it is vicariously liable for the conduct of its employee, George Johnson, who upon information and belief was in the course and scope of his employment at the time of the crash.

## VIII.

Petitioner re-alleges each aforementioned allegation as if fully incorporated below. Defendants' conduct was negligence Per Se because of a duty imposed by statute. This breach

caused Petitioner's injuries. Specifically, there was a breach of duties imposed by statutes and State law, including, but not limited to, the following:

1. LA Rev Stat § 32:79(A) Any person operating a motor vehicle on the public roads of this state shall drive in a careful and prudent manner, so as not to endanger the life, limb, or property of any person. Failure to drive in such a manner shall constitute careless operation.

2. LA Rev Stat § 32:79(1) A vehicle shall be driven as nearly as practicable entirely within a single lane and shall not be moved from such lane until the driver has first ascertained that such movement can be made with safety.

3. LA Rev Stat §14:100 Hit and run driving is the intentional failure of the driver of a vehicle involved in or causing any accident, to stop such vehicle at the scene of the accident, to give his identity, and to render reasonable aid.

Petitioner is within the class of individuals intended to be protected by these statutes. The statutes are ones for which tort liability may be imposed. The breach of the statutory duties proximately caused Petitioner's injuries.

## IX.

Petitioner will further show that the acts and/or omissions of Defendants as described above, when viewed objectively from their standpoint, involve an extreme departure from ordinary care or the want of even scant care considering the probability and magnitude of the potential harm to others. Defendants had actual subjective awareness of the risk involved, but nevertheless proceeded in conscious indifference to the rights, safety, and/or welfare of the others, including Petitioner. As such, these actions and omissions constitute gross negligence and malice as those terms are understood by law.

## X.

In accordance with Louisiana Civil Code Article 2315, et seq., the defendants are liable unto Edmond Stokes for the damages he has sustained as a result of the negligence of the defendants herin, namely:

a.      Physical pain and suffering in the past;

b.      Physical pain and suffering in the future;

c.      Mental anguish in the past;

d.      Mental anguish in the future;

e.      Physical impairment in the past;

f.      Plaintiffs will, in all reasonable probability, suffer physical impairment in the future;

g.      Reasonable medical care and expenses in the past. Plaintiffs incurred these expenses for the necessary care and treatment of injuries resulting from the incident complained of

herein, and such charges were reasonable and were usual and customary charges for such services;

h.    Petitioner will, in all reasonable probability, incur reasonable and necessary medical care and expenses in the future;

i.    Disfigurement in the past;

j.    Disfigurement in the future;

k.    Loss of earning capacity in the past;

l.    Petitioner will, in all reasonable probability, incur loss of earning capacity in the future;

m.    Loss of household services in the past;

n.    Loss of household services in the future;

o.    Cost of monitoring and prevention in the future;

p.    Costs of suit;

q.    Prejudgment and post-judgment interest; and

r.    All other relief to which Petitioner may be justly entitled.

Because of the egregious nature of the actions of the Defendants, Petitioner seeks punitive damages.

## XI.

Petitioner respectfully requests a trial by jury.

## XII.

WHEREFORE, PREMISES CONSIDERED, Petitioner prays for judgment against Defendant in an amount reasonable in the premises, plus pre- and post-judgment interest at the legal rate, for all costs of court, for punitive damages and attorney's fees, for a trial by jury and for all general and equitable relief deemed appropriate by this Honorable Court.

Respectfully submitted,

LUNSFORD, BASKIN & PRIEBE, PLLC

By:

Jennifer E. Priebe; LAB#: 35766
650 Poydras Street, Suite 1470
New Orleans, LA 70130
Telephone: (504) 656-6579
Facsimile: (601) 983-2076
Email: Jennifer@lbpcomp.com

## THE BUZBEE LAW FIRM

By: /s/ Anthony G. Buzbee
Anthony G. Buzbee

*(To Be Admitted Pro Hac Vice)*
TX State Bar No. 24001820
Ryan S. Pigg
*(To Be Admitted Pro Hac Vice)*
State Bar No 24088227
Mauricio Guevara
*(To Be Admitted Pro Hac Vice)*
State Bar No 24123065
Cornelia Bradfield-Harvey
*(To Be Admitted Pro Hac Vice)*
State Bar No. 24103540
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel: (713) 223-5393
Fax: (713) 223-5909
**ATTORNEYS FOR PETITIONER**

**PLEASE SERVE PETITION AND CITATION ON:**

**GEORGE JOHNSON**
**Through the Louisiana Long Arm Statute:**
3629 LINTON RD
CADIZ, KY 42211

**BGB TRUCKING, INC.**
**Through the Louisiana Long Arm Statute:**
BOBBY BOWERS
12888 HWY. 62 W.
PRINCETON, KY 42445

## Fax Call Report

### HP LaserJet 500 MFP M525

Page 1

---

Fax Header Information

EBR Clerk of Court
2253693392
Nov/10/2021 8:39:14 AM

| Job | Date/Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| 14218 | Nov/10/2021 8:38:09 AM | Send | 913379810905 | 01:02 | 1 | Success |

Nov/10/2021 8:38:47 AM          EBR Clerk of Court 2253693392                          1/1



**Doug Welborn**
Clerk of Court
19ᵗʰ Judicial District
Parish of East Baton Rouge

P.O. Box 1991
Baton Rouge, La 70821-1991
Telephone: (225) 389-5992
Fax: (225) 389-9392
www.clerkofcourt.org

**FAX RECEIPT**

FROM: SUIT ACCOUNTING DEPARTMENT

Date: NOVEMBER 10, 2021

FAX NUMBER: (225) 389-3392

Suit No.: C-712123

To: STEVEN BERNARD RABALAIS

Section: 25

EDMOND STOKES VS GEORGE JOHNSON, ET AL

Total Amount Due (includes all applicable fees below) $310.00

| | |
|---|---|
| 901-COVER LETTER | 1 PAGE |
| 3003-ANSWER WITH JURY ORD-CIV | 6 PAGES |
| 5004-REQUEST NTC-CV | 1 PAGE |

The Clerk's office received the above mentioned documents by facsimile transmission dated 11/09/2021, document(s) in the above referenced case. In accordance with R.S. 13:850(B), within seven days, exclusive of legal holidays, the party filing the document shall forward to the clerk, the original signed document, applicable filing fees and a transmission fee. The fax transmission fee is also required of forma pauperis filings and filings by state/political subdivisions.

Applicable fees are established in accordance with law as follows:
13:850(B)(3) A transmission fee of five dollars
13:841(A)(2)(a) First page of each pleading, six dollars
13:841(A)(2)(b) Each subsequent page, four dollars
13:841(A)(2)(c) Paper-exhibits, attachments, transcripts and depositions-per page, two dollars
13:841(A)(4)(b) Issuing document without notice of service, fifteen dollars (Receipt generation fee)

NO FURTHER ACTION WILL BE TAKEN REGARDING THIS DOCUMENT UNTIL ALL FEES ARE RECEIVED IN THIS OFFICE.

SERVICE/SUBPOENA REQUESTS WILL NOT BE ISSUED FROM FAX FILING. SERVICE WILL BE ISSUED AS A RESULT OF THE FILING OF THE ORIGINAL DOCUMENT(S).

IF MAILING ORIGINAL DOCUMENT(S), PLEASE ATTACH THIS RECEIPT TO THE DOCUMENT(S) TO BE FILED. IF FILING THE ORIGINAL DOCUMENTS IN PERSON, PLEASE NOTIFY THE FILING CLERK OF THE PREVIOUS FAX FILING.

*Deputy Clerk of Court for*
*Doug Welborn, Clerk of Court*

Suit Accounting Dept. Form 86 Rev. 06/2014

Nov/10/2021 8:39:18 AM

English (United States)

```
EAST BATON ROUGE PARISH   C-712123
     Filed Nov 09, 2021        25
   Deputy Clerk of Court
```

# RABALAIS & HEBERT

*A Limited Liability Company*
Attorneys and Counselors at Law

701 Robley Drive, Suite 210
Lafayette, Louisiana 70503
www.rabalaishebert.com

STEVEN B. RABALAIS                                          Telephone (337) 981-0309
CHRISTOPHER H. HEBERT                                            FAX (337) 981-0905
BLAKE T. COUVILLION                                   Writer's E-mail srabalais@rhhnet.com

                          November 9, 2021

Of Counsel:
FRED W. DAVIS
MELVIN A. EIDEN

          **VIA FAX: 225-389-3392**
          634
          Clerk of Court
          East Baton Rouge Parish
          P.O. Box 1991
          Baton Rouge, LA 70821-1991

          Re:    Edmond Stokes v. George Johnson, et al
                 19th JDC Docket No. C-712123-25

Dear Clerk:

          Enclosed please find an Answer, Request for Notice of Trial Date, etc. and Order
Granting Trial by Jury on behalf of George Johnson and BGB Trucking, Inc. to be filed
into the record of the above referenced matter. Please present the Order to the
appropriate Judge for his/her consideration and signature. Once signed, please provide
counsel with a conformed copy.

          We are submitting this filing via facsimile. Please respond with confirmation of
receipt, and the original, along with our firm's check representing payment for costs, will
be forwarded via U.S. mail.

          By copy of this correspondence, same has been forwarded to counsel of record.

          Thank you for your courtesies regarding this matter.

                              Sincerely,

                              STEVEN B. RABALAIS

SBR/slw
Enclosures

cc:   Mr. Mauricio Guevara (*via email: mguevara@txattorney.com*)
      Ms. Jennifer E. Priebe (*via email: Jennifer@lbpcomp.com*)

Nov/09/2021 3:28:39 PM    13379810905->2253693392    2/8
Page: 2/8    From: Rabalais & Hebert  To

11/9/2021 15:24:37 CST
EAST BATON ROUGE PARISH    C-712123
Filed Nov 09, 2021    25
Deputy Clerk of Court

| | | |
|---|---|---|
| **EDMOND STOKES** | * | **19TH JUDICIAL DISTRICT COURT** |
| **VERSUS** | * | **DOCKET NO. C-712123, SECT. 25** |
| **GEORGE JOHNSON AND** | * | **PARISH OF EAST BATON ROUGE** |
| **BGB TRUCKING, INC.** | * | **STATE OF LOUISIANA** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ANSWER

NOW INTO COURT, through undersigned counsel, come George Johnson and BGB Trucking, Inc., defendants herein, who answer the Petition for Damages of Edmond Stokes as follows:

1.

For Answer to Article I, George Johnson admits only his name and that he is of the age of majority. It is specifically denied that Mr. Johnson caused the crash and that he is liable to Mr. Stokes for claims asserted in his Petition. Any other allegations of Article I are denied for lack of sufficient information to justify a belief therein.

2.

For Answer to Article II, BGB Trucking, Inc. (BGB) admits only its name and that it is a corporation organized under the laws of Kentucky. It is specifically denied that BGB is liable to Mr. Stokes for claims asserted in his Petition. Any other allegations of Article II are denied for lack of sufficient information to justify a belief therein.

3.

For Answer to Article III, it is admitted only that on or about 9/8/21, contact occurred between a motor vehicle being operated by Mr. Edmond Stokes and a motor vehicle being operated by Mr. George Johnson in East Baton Rouge Parish. Any other allegations of Article III are denied for lack of sufficient information to justify a belief therein.

4.

The allegations of Article IV are denied for lack of sufficient information to justify a belief therein.

5.

The allegations of Article V are denied.

6.

The allegations of Article VI are denied.

7.

To the extent a response is required, the allegations of Article VII are denied for lack of sufficient information to justify a belief therein.

8.

To the extent a response is required, the allegations of Article VIII are denied. Further answering, Defendants reallege and reaver any and all of the foregoing denials and fully incorporate same into their Answers below.

9.

To the extent a response is required, the allegations of Article IX are denied.

10.

To the extent a response is required, the allegations of Article X are denied.

11.

To the extent a response is required, any allegations within Article XI are denied.

12.

To the extent a response is required, any allegations within Article XII are denied.

13.

AND NOW, in further Answering the Petition for Damages of Edmond Stokes, Defendants, George Johnson and BGB Trucking, Inc. affirmatively aver as follows:

14.

Defendants hereby aver that the accident sued upon was caused by the sole fault of the plaintiff, Edmond Stokes. In the alternative, said Defendants raise the defense of comparative negligence/comparative fault upon averring that the subject accident was caused, totally and/or partially, by the negligence, imprudence, want of skill and/or fault of the Petitioner, Edmond Stokes, due to his failure to have kept a proper lookout; driving in an inattentive and/or distracted manner; driving at an unsafe speed; failure to have maintained control of his vehicle; failure to have perceived and reacted sooner than when he did; and for other instances of negligence/fault to be determined upon proper discovery and litigation of this cause. These Defendants pray that any recovery herein by or on behalf of Mr. Stokes be reduced in proportion to the percentage of fault found attributable to him.

15.

Out of an abundance of caution and until additional discovery can be completed, Defendants also plead the defense of third-party negligence/third party fault regarding the fault attributable to the motorists travelling around Mr. Johnson and Mr. Stokes at the time of the accident. These Defendants pray that any recovery herein by or on behalf of Mr. Stokes be reduced in proportion to the percentage of fault found applicable to him and/or the motorists traveling around Mr. Johnson and Mr. Stokes. These Defendants further pray that there be an allocation and determination of the degrees of fault applicable to not only Mr. Stokes, but also as to the presently unidentified motorists travelling around Mr. Johnson and Mr. Stokes.

16.

These Defendants further aver that to the extent that any of the Plaintiff's medical expenses or other damages have been or will be paid by a third party in whose favor a right of subrogation exists, including but not limited to any medical payments coverage, collision or other property damage coverage, health insurance coverage, worker's compensation coverage, occupational accident coverage, payments by Medicaid, payments by Medicare, or any other third party payments, that the Plaintiff is without a right of action to recover those previously-paid damages from the Defendants herein. These Defendants further aver that any obligation to pay said expenses has been extinguished.

17.

These Defendants aver that the injuries and damages complained of herein were not caused by the incident sued upon but are, instead, either in whole or in part, the result of pre-existing medical conditions and/or otherwise attributable to factors for which these Defendants are not legally responsible.

18.

These Defendants further aver that to the extent that any subsequent accident and/or incident and/or trauma and/or any other factor independent of the subject accident has caused an aggravation and/or exacerbation and/or worsening of plaintiff's conditions, that said event is hereby pled as the defense of superseding and/or intervening cause of injury.

19.

Out of an abundance of caution, Defendants further aver that the contact between the two vehicles in this case was of insufficient force to have caused the damages complained of. For that reason, and other reasons to be shown as investigation and discovery continues, Defendants therefore aver that the plaintiff cannot establish the element of causation.

20.

These Defendants further assert the defense of failure to mitigate damages.

21.

Defendants, George Johnson and BGB Trucking, Inc. reserve all rights to assert additional affirmative defenses and/or incidental demands as investigation and discovery proceed.

WHEREFORE, premises considered, George Johnson and BGB Trucking, Inc. pray that their Answer to the Petition for Damages of Edmond Stokes, be deemed good and sufficient and that after due proceedings are had that there be judgment herein and in their favor dismissing all demands of plaintiff, Edmond Stokes, with prejudice, and at the cost and expense of Plaintiff herein.

George Johnson and BGB Trucking, Inc. are entitled to and pray for trial by jury on all issues herein.

AND FOR ALL GENERAL AND EQUITABLE RELIEF, ETC.

Respectfully submitted,

RABALAIS & HEBERT, LLC

BY: _____
STEVEN B. RABALAIS (#17100)
BLAKE T. COUVILLION (#37443)
701 Robley Drive, Suite 210
Lafayette, LA  70503
Telephone:  (337) 981-0309
Fax:  (337) 981-0905

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has this day been

forwarded to counsel of record via facsimile, electronic mail and/or by placing a copy of

same in the United States Mail, postage prepaid and properly addressed.

Lafayette, Louisiana, this _____9ᵗʰ____ day of November 2021.

STEVEN B. RABALAIS
BLAKE T. COUVILLION

11/9/2021 15:24:37 CST          Nov/09/2021 3:28:39 PM     13379810905->2253893392                          8/8
                                                            Page: 8/8                                         From: Rabalais & Hebert  To

| | | |
|---|---|---|
| **EDMOND STOKES** | * | **19TH JUDICIAL DISTRICT COURT** |
| **VERSUS** | * | **DOCKET NO. C-712123, SECT. 25** |
| **GEORGE JOHNSON AND** | * | **PARISH OF EAST BATON ROUGE** |
| **BGB TRUCKING, INC.** | * | **STATE OF LOUISIANA** |

**************************************************************************************************

## ORDER GRANTING TRIAL BY JURY

Considering the jury demand of George Johnson and BGB Trucking, Inc.:

IT IS ORDERED that this matter be tried BY JURY, upon the posting of bond in

the amount of _____, as required by law, _____ days prior to trial.

Signed in _____ this _____ day of _____,

2021.

_____
DISTRICT JUDGE

EAST BATON ROUGE PARISH   C-712123
Filed Nov 09, 2021         25
Deputy Clerk of Court

| | | |
|---|---|---|
| **EDMOND STOKES** | * | **19TH JUDICIAL DISTRICT COURT** |
| **VERSUS** | * | **DOCKET NO. C-712123, SECT. 25** |
| **GEORGE JOHNSON AND** | * | **PARISH OF EAST BATON ROUGE** |
| **BGB TRUCKING, INC.** | * | **STATE OF LOUISIANA** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## REQUEST FOR NOTICE OF TRIAL DATE, ETC.

TO THE CLERK OF COURT for the 19th Judicial District Court, Parish of East Baton Rouge, Louisiana:

Please take notice that RABALAIS & HEBERT, LLC, attorneys for George Johnson and BGB Trucking, Inc. do hereby request written notice of the date of trial of the above matter as well as notice of hearings (whether on the merits or otherwise), orders, judgments and interlocutory decrees, and any and all formal steps taken by the parties herein, the Judge or any member of Court, as provided in Louisiana Code of Civil Procedure, particularly Articles 1572, 1913 and 1914.

Respectfully submitted;

**RABALAIS & HEBERT, LLC**

BY:

STEVEN B. RABALAIS (#17100)
BLAKE T. COUVILLION (#37443)
701 Robley Drive, Suite 210
Lafayette, LA  70503
Telephone:  (337) 981-0309
Fax:  (337) 981-0905

EAST BATON ROUGE PARISH   C-712123
Filed Nov 12, 2021 1:47 PM            -25
Deputy Clerk of Court
FAX Received Nov 09, 2021

# RABALAIS & HEBERT

*A Limited Liability Company*
Attorneys and Counselors at Law

701 Robley Drive, Suite 210
Lafayette, Louisiana 70503
www.rabalaishebert.com

STEVEN B. RABALAIS
CHRISTOPHER H. HEBERT
BLAKE T. COUVILLION

Telephone (337) 981-0309
FAX (337) 981-0905
Writer's E-mail srabalais@rhhnet.com

November 9, 2021

Of Counsel:
FRED W. DAVIS
MELVIN A. EIDEN

**VIA FAX: 225-389-3392**
634
Clerk of Court
East Baton Rouge Parish
P.O. Box 1991
Baton Rouge, LA 70821-1991

Re:   Edmond Stokes v. George Johnson, et al
      19th JDC Docket No. C-712123-25

Dear Clerk:

Enclosed please find an Answer, Request for Notice of Trial Date, etc. and Order Granting Trial by Jury on behalf of George Johnson and BGB Trucking, Inc. to be filed into the record of the above referenced matter. Please present the Order to the appropriate Judge for his/her consideration and signature. Once signed, please provide counsel with a conformed copy.

We are submitting this filing via facsimile. Please respond with confirmation of receipt, and the original, along with our firm's check representing payment for costs, will be forwarded via U.S. mail.

By copy of this correspondence, same has been forwarded to counsel of record.

Thank you for your courtesies regarding this matter.

Sincerely,

STEVEN B. RABALAIS

SBR/slw
Enclosures

**RECEIVED**

**November 15, 2021**

cc:   Mr. Mauricio Guevara (*via email: mguevara@txattorney.com*)
      Ms. Jennifer E. Priebe (*via email: Jennifer@lbpcomp.com*)

**DIVISION O**
**JUDGE FIELDS**

EAST BATON ROUGE PARISH
Filed Nov 12, 2021 1:47 PM    C-712123
Deputy Clerk of Court    25
FAX Received Nov 09, 2021

| | | |
|---|---|---|
| **EDMOND STOKES** | * | **19TH JUDICIAL DISTRICT COURT** |
| **VERSUS** | * | **DOCKET NO. C-712123, SECT. 25** |
| **GEORGE JOHNSON AND** | * | **PARISH OF EAST BATON ROUGE** |
| **BGB TRUCKING, INC.** | * | **STATE OF LOUISIANA** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ANSWER

NOW INTO COURT, through undersigned counsel, come George Johnson and BGB Trucking, Inc., defendants herein, who answer the Petition for Damages of Edmond Stokes as follows:

1.

For Answer to Article I, George Johnson admits only his name and that he is of the age of majority. It is specifically denied that Mr. Johnson caused the crash and that he is liable to Mr. Stokes for claims asserted in his Petition. Any other allegations of Article I are denied for lack of sufficient information to justify a belief therein.

2.

For Answer to Article II, BGB Trucking, Inc. (BGB) admits only its name and that it is a corporation organized under the laws of Kentucky. It is specifically denied that BGB is liable to Mr. Stokes for claims asserted in his Petition. Any other allegations of Article II are denied for lack of sufficient information to justify a belief therein.

3.

For Answer to Article III, it is admitted only that on or about 9/8/21, contact occurred between a motor vehicle being operated by Mr. Edmond Stokes and a motor vehicle being operated by Mr. George Johnson in East Baton Rouge Parish. Any other allegations of Article III are denied for lack of sufficient information to justify a belief therein.

4.

The allegations of Article IV are denied for lack of sufficient information to justify a belief therein.

5.

The allegations of Article V are denied.

6.

The allegations of Article VI are denied.

**RECEIVED**

**November 15, 2021**

**DIVISION O**
**JUDGE FIELDS**

7.

To the extent a response is required, the allegations of Article VII are denied for lack of sufficient information to justify a belief therein.

8.

To the extent a response is required, the allegations of Article VIII are denied. Further answering, Defendants reallege and reaver any and all of the foregoing denials and fully incorporate same into their Answers below.

9.

To the extent a response is required, the allegations of Article IX are denied.

10.

To the extent a response is required, the allegations of Article X are denied.

11.

To the extent a response is required, any allegations within Article XI are denied.

12.

To the extent a response is required, any allegations within Article XII are denied.

13.

AND NOW, in further Answering the Petition for Damages of Edmond Stokes, Defendants, George Johnson and BGB Trucking, Inc. affirmatively aver as follows:

14.

Defendants hereby aver that the accident sued upon was caused by the sole fault of the plaintiff, Edmond Stokes. In the alternative, said Defendants raise the defense of comparative negligence/comparative fault upon averring that the subject accident was caused, totally and/or partially, by the negligence, imprudence, want of skill and/or fault of the Petitioner, Edmond Stokes, due to his failure to have kept a proper lookout; driving in an inattentive and/or distracted manner; driving at an unsafe speed; failure to have maintained control of his vehicle; failure to have perceived and reacted sooner than when he did; and for other instances of negligence/fault to be determined upon proper discovery and litigation of this cause. These Defendants pray that any recovery herein by or on behalf of Mr. Stokes be reduced in proportion to the percentage of fault found attributable to him.

15.

Out of an abundance of caution and until additional discovery can be completed, Defendants also plead the defense of third-party negligence/third party fault regarding the fault attributable to the motorists travelling around Mr. Johnson and Mr. Stokes at the time of the accident. These Defendants pray that any recovery herein by or on behalf of Mr. Stokes be reduced in proportion to the percentage of fault found applicable to him and/or the motorists traveling around Mr. Johnson and Mr. Stokes. These Defendants further pray that there be an allocation and determination of the degrees of fault applicable to not only Mr. Stokes, but also as to the presently unidentified motorists travelling around Mr. Johnson and Mr. Stokes.

16.

These Defendants further aver that to the extent that any of the Plaintiff's medical expenses or other damages have been or will be paid by a third party in whose favor a right of subrogation exists, including but not limited to any medical payments coverage, collision or other property damage coverage, health insurance coverage, worker's compensation coverage, occupational accident coverage, payments by Medicaid, payments by Medicare, or any other third party payments, that the Plaintiff is without a right of action to recover those previously-paid damages from the Defendants herein. These Defendants further aver that any obligation to pay said expenses has been extinguished.

17.

These Defendants aver that the injuries and damages complained of herein were not caused by the incident sued upon but are, instead, either in whole or in part, the result of pre-existing medical conditions and/or otherwise attributable to factors for which these Defendants are not legally responsible.

18.

These Defendants further aver that to the extent that any subsequent accident and/or incident and/or trauma and/or any other factor independent of the subject accident has caused an aggravation and/or exacerbation and/or worsening of plaintiff's conditions, that said event is hereby pled as the defense of superseding and/or intervening cause of injury.

19.

Out of an abundance of caution, Defendants further aver that the contact between the two vehicles in this case was of insufficient force to have caused the damages complained of. For that reason, and other reasons to be shown as investigation and discovery continues, Defendants therefore aver that the plaintiff cannot establish the element of causation.

20.

These Defendants further assert the defense of failure to mitigate damages.

21.

Defendants, George Johnson and BGB Trucking, Inc. reserve all rights to assert additional affirmative defenses and/or incidental demands as investigation and discovery proceed.

WHEREFORE, premises considered, George Johnson and BGB Trucking, Inc. pray that their Answer to the Petition for Damages of Edmond Stokes, be deemed good and sufficient and that after due proceedings are had that there be judgment herein and in their favor dismissing all demands of plaintiff, Edmond Stokes, with prejudice, and at the cost and expense of Plaintiff herein.

George Johnson and BGB Trucking, Inc. are entitled to and pray for trial by jury on all issues herein.

AND FOR ALL GENERAL AND EQUITABLE RELIEF, ETC.

Respectfully submitted,

RABALAIS & HEBERT, LLC

BY: _____
STEVEN B. RABALAIS (#17100)
BLAKE T. COUVILLION (#37443)
701 Robley Drive, Suite 210
Lafayette, LA 70503
Telephone: (337) 981-0309
Fax: (337) 981-0905

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has this day been forwarded to counsel of record via facsimile, electronic mail and/or by placing a copy of same in the United States Mail, postage prepaid and properly addressed.

Lafayette, Louisiana, this _____ 9th day of November 2021.

_____
STEVEN B. RABALAIS
BLAKE T. COUVILLION

EDMOND STOKES         *    19TH JUDICIAL DISTRICT COURT

VERSUS               *    DOCKET NO. C-712123, SECT. 25

GEORGE JOHNSON AND     *    PARISH OF EAST BATON ROUGE
BGB TRUCKING, INC.        *    STATE OF LOUISIANA
**************************************************************************************************

## ORDER GRANTING TRIAL BY JURY

Considering the jury demand of George Johnson and BGB Trucking, Inc.:

IT IS ORDERED that this matter be tried BY JURY, upon the posting of bond in

the amount of _____, as required by law, _____ days prior to trial.

Signed in _____ this _____ day of _____,

2021.

_____
DISTRICT JUDGE

**"Let there be a trial by jury in the above
referenced matter upon the applicant for
jury posting a bond for jury costs in
accordance with the local rules of court
and pursuant to orders of the court
to be made at the status conference
of this matter."**

**11/19/2021**

_____      _____
**DATE**           **Wilson E. Fields, Chief Judge, 19TH JDC**

RECEIVED

November 15, 2021

DIVISION O
JUDGE FIELDS

EAST BATON ROUGE PARISH    C-712123
Filed Nov 12, 2021 1:47 PM         25
Deputy Clerk of Court
FAX Received Nov 09, 2021

| EDMOND STOKES | * | 19TH JUDICIAL DISTRICT COURT |
|---|---|---|
| **VERSUS** | * | **DOCKET NO. C-712123, SECT. 25** |
| **GEORGE JOHNSON AND** | * | **PARISH OF EAST BATON ROUGE** |
| **BGB TRUCKING, INC.** | * | **STATE OF LOUISIANA** |

*************************************************************************************

## REQUEST FOR NOTICE OF TRIAL DATE, ETC.

TO THE CLERK OF COURT for the 19th Judicial District Court, Parish of East

Baton Rouge, Louisiana:

Please take notice that RABALAIS & HEBERT, LLC, attorneys for George

Johnson and BGB Trucking, Inc. do hereby request written notice of the date of trial of

the above matter as well as notice of hearings (whether on the merits or otherwise),

orders, judgments and interlocutory decrees, and any and all formal steps taken by the

parties herein, the Judge or any member of Court, as provided in Louisiana Code of

Civil Procedure, particularly Articles 1572, 1913 and 1914.

Respectfully submitted;

**RABALAIS & HEBERT, LLC**

BY:  _____
STEVEN B. RABALAIS (#17100)
BLAKE T. COUVILLION (#37443)
701 Robley Drive, Suite 210
Lafayette, LA 70503
Telephone: (337) 981-0309
Fax: (337) 981-0905

**RECEIVED**

**November 15, 2021**

**DIVISION O**
**JUDGE FIELDS**

EAST BATON ROUGE PARISH
Filed Nov 16, 2021 11:27 AM
Deputy Clerk of Court
C-712123
25



**LUNSFORD BASKIN & PRIEBE PLLC**

Brad Baskin*
Rob Lunsford***
Jennifer Priebe**
Andrew Rueff*

Licensed in MS*
Licensed in LA**
Licensed in MS & LA***

lbpcomp.com

Free - 888.920.COMP (2667)
MS - 601.983.COMP (2667)
LA - 504.656.6579
FAX - 601.983.2076

125 South Congress Street, Suite 1208 · Jackson, Mississippi 39201  |  650 Poydras Street, Suite 1470 · New Orleans, Louisiana 70130

*(All replies to Jackson office)*

November 11, 2021

***Via Facsimile and U.S. FIRST CLASS MAIL***
Clerk of Court, Parish of East Baton Rouge
Attn: Civil Processing / Suit Accounting
P.O. Box 1991
Baton Rouge, LA 70821-1991
F: (225) 389-3392

Re:  **Edmond Stokes v. George Johnson and BGB Trucking., Inc.; 19th Judicial District Court; Parish of East Baton Rouge; C-712123 25**

Dear Clerk:

Please file the enclosed Affidavit of Service. Please return a conformed copy to me in the self-addressed stamped envelope provided. We have enclosed our check in the amount of $30.00 to cover the costs associated with this request.

Thank you in advance for your usual courtesies.

Very truly yours,

Jennifer Eddington Priebe

JE/bc
Enclosures:    (1) Affidavit of Service w/ Exhibit(s)

Cc:    Mr. Steven B. Rabalais, Esq. (via US Mail and EMAIL)

EAST BATON ROUGE PARISH
Filed Nov 15, 2021 11:27 AM
Deputy Clerk of Court

C-712123
25

### 19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

### STATE OF LOUISIANA

### NO: C-712123 25

### EDMOND STOKES

### VERSUS

### GEORGE JOHNSON AND BGB TRUCKING, INC.

FILED: _____          _____
                                                              **DEPUTY CLERK**

### <u>AFFIDAVIT OF SERVICE VIA CERTIFIED MAIL</u>

STATE OF _Louisiana_

PARISH OF _Orleans_

BEFORE ME, the undersigned notary public, personally came and appeared:

### BERNICE CASHMAN

Who after being duly sworn did state that:

#### I.

A certified copy of the Petition for Damages was mailed to BGB TRUCKING, INC. via United State Postal Service Certified Mail through their registered agent, BOBBY BOWERS, at their last registered address: 12888 Highway 62 West, Princeton, KY 42445.

#### II.

That the mailing was accepted and signed on behalf of BGB TRUCKING, INC. by BOBBY BOWERS on November 1, 2021 as reflected on the proof attached as Exhibit "A"

BERNICE CASHMAN
650 Poydras St., Ste. 1470
New Orleans, LA 70130
(601) 983-2667

Sworn to and subscribed before me,

this __11__ day of _November_, 2021.

Notary No.: ___30566___
NOTARY PUBLIC: _KB Lunsford_

Respectfully submitted,

**LUNSFORD, BASKIN & PRIEBE, PLLC**

By: _____

    Jennifer E. Priebe; LAB#: 35766
    650 Poydras Street, Suite 1470
    New Orleans, LA 70130
    Telephone: (504) 656-6579
    Facsimile: (601) 983-2076
    Email: Jennifer@lbpcomp.com

**THE BUZBEE LAW FIRM**

By: */s/ Anthony G. Buzbee*
    Anthony G. Buzbee
    *(To Be Admitted Pro Hac Vice)*
    TX State Bar No. 24001820
    Ryan S. Pigg
    *(To Be Admitted Pro Hac Vice)*
    State Bar No 24088227
    Mauricio Guevara
    *(To Be Admitted Pro Hac Vice)*
    State Bar No 24123065
    Cornelia Bradfield-Harvey
    *(To Be Admitted Pro Hac Vice)*
    State Bar No. 24103540
    JPMorgan Chase Tower
    600 Travis Street, Suite 7300
    Houston, Texas 77002
    Tel: (713) 223-5393
    Fax: (713) 223-5909
    **ATTORNEYS FOR PETITIONER**

### CERTIFICATE OF SERVICE

I, Jennifer E. Priebe, attorney for the Petitioner, hereby certify that I have this day forwarded by U. S. Mail, postage prepaid, a true and correct copy of the foregoing instrument to:

**RABALAIS & HEBERT**
**Mr. Steven B. Rabalais, Esq.**
**701 Robley Dr., Ste 210**
**Lafayette, LA 70503**
**Email: srabalais@rhhnet.com**

RESPECTFULLY SUBMITTED, this the 11th day of November, 2021.

    JENNIFER E. PRIEBE
    ATTORNEY FOR CLAIMANT

EAST BATON ROUGE PARISH    C-712123
Filed Nov 15, 2021 11:27 AM    25
Deputy Clerk of Court

# Exhibit "A"

**USPS TRACKING #**

9590 9402 6894 1104 1654 36

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Lunsford, Baskin & Priebe, PLLC
ATTN: Bernice C.
650 Poydras St., Ste 1470
New Orleans, LA 70130

( E. Stokes )

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BGB Trucking, Inc.
ATTN: Bobby Bowers
12888 Hwy 62 W
Princeton, KY 42445

9590 9402 6894 1104 1654 36

2. Article Number (Transfer from service label)

7020 1290 0000 1416 8070

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  □ Agent  ☑ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Bobby Bowers   1/04/21

D. Is delivery address different from item 1?  □ Yes
If YES, enter delivery address below:  □ No

3. Service Type
☑ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery (over $500)

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

EAST BATON ROUGE PARISH  C-712123
Filed Nov 22, 2021 9:42 AM   25
Deputy Clerk of Court



**LUNSFORD
BASKIN
& PRIEBE PLLC**

Brad Baskin*
Rob Lunsford***
Jennifer Priebe**
Andrew Rueff*

Licensed In MS*
Licensed In LA**
Licensed In MS & LA***

lbpcomp.com

Free - 888.920.COMP (2667)
MS - 601.983.COMP (2667)
LA - 504.656.6579
FAX - 601.983.2076

125 South Congress Street, Suite 1208  •  Jackson, Mississippi 39201  |  650 Poydras Street, Suite 1470  •  New Orleans, Louisiana 70130

*(All replies to Jackson office)*

November 17, 2021

***Via Facsimile and U.S. FIRST CLASS MAIL***
Clerk of Court, Parish of East Baton Rouge
Attn: Civil Processing / Suit Accounting
P.O. Box 1991
Baton Rouge, LA 70821-1991
F: (225) 389-3392

Re:    **Edmond Stokes v. George Johnson and BGB Trucking., Inc.; 19th Judicial District
Court; Parish of East Baton Rouge; C-712123 25**

Dear Clerk:

Please file the enclosed Affidavit of Service. Please return a conformed copy to me in the self-addressed stamped envelope provided. We have enclosed our check in the amount of $30.00 to cover the costs associated with this request.

Thank you in advance for your usual courtesies.

Very truly yours,

Jennifer Eddington Priebe

JE/bc
Enclosures:    (1) Affidavit of Service w/ Exhibit(s)

Cc:    Mr. Steven B. Rabalais, Esq. (via US Mail and EMAIL)

EAST BATON ROUGE PARISH    C-712123
Filed Nov 22, 2021 9:42 AM           25
Deputy Clerk of Court

## 19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

## STATE OF LOUISIANA

## NO: C-712123 25

## EDMOND STOKES

## VERSUS

## GEORGE JOHNSON AND BGB TRUCKING, INC.

FILED: _____          _____

                                              **DEPUTY CLERK**

## AFFIDAVIT OF SERVICE VIA CERTIFIED MAIL

STATE OF _Louisiana_

PARISH OF _Orleans_

BEFORE ME, the undersigned notary public, personally came and appeared:

## BERNICE CASHMAN

Who after being duly sworn did state that:

### I.

A certified copy of the Petition for Damages was mailed to GEORGE JOHNSON via United State Postal Service Certified Mail at their last registered address: 3629 Linton Rd., Cadiz, Kentucky 42445.

### II.

That the mailing was accepted and signed on behalf of GEORGE JOHNSON by GEORGE JOHNSON on November 4, 2021 as reflected on the proof attached as Exhibit "A"

_____
BERNICE CASHMAN
650 Poydras St., Ste. 1470
New Orleans, LA 70130
(601) 983-2667

Sworn to and subscribed before me,

this _17_ day of _November_, 2021.

_____

Notary No.: _32566_
NOTARY PUBLIC: _Bob Lunsford_

Respectfully submitted,

**LUNSFORD, BASKIN & PRIEBE, PLLC**

By: _____

Jennifer E. Priebe; LAB#: 35766
650 Poydras Street, Suite 1470
New Orleans, LA 70130
Telephone: (504) 656-6579
Facsimile: (601) 983-2076
Email: Jennifer@lbpcomp.com

## THE BUZBEE LAW FIRM

By: */s/ Anthony G. Buzbee*
Anthony G. Buzbee
*(To Be Admitted Pro Hac Vice)*
TX State Bar No. 24001820
Ryan S. Pigg
*(To Be Admitted Pro Hac Vice)*
State Bar No 24088227
Mauricio Guevara
*(To Be Admitted Pro Hac Vice)*
State Bar No 24123065
Cornelia Bradfield-Harvey
*(To Be Admitted Pro Hac Vice)*
State Bar No. 24103540
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel: (713) 223-5393
Fax: (713) 223-5909
**ATTORNEYS FOR PETITIONER**

## CERTIFICATE OF SERVICE

I, Jennifer E. Priebe, attorney for the Petitioner, hereby certify that I have this day

forwarded by U. S. Mail, postage prepaid, a true and correct copy of the foregoing instrument to:

**RABALAIS & HEBERT**
**Mr. Steven B. Rabalais, Esq.**
**701 Robley Dr., Ste 210**
**Lafayette, LA 70503**
**Email: srabalais@rhhnet.com**

RESPECTFULLY SUBMITTED, this the 17th day of November, 2021.

_____
JENNIFER E. PRIEBE
ATTORNEY FOR CLAIMANT

EAST BATON ROUGE PARISH
Filed Nov 22, 2021 9:42 AM
Deputy Clerk of Court

C-712123
25

# Exhibit "A"

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

George Johnson
3629 Linton Rd.
Cadiz, KY 42445

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 6894 1104 1655 28

2. Article Number (Transfer from service label)

7020 1290 0000 1416 8087

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
11/4/21

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**USPS TRACKING #**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 6894 1104 1655 28

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Lunsford, Baskin & Priebe, PLLC
ATTN: Bernice C.
650 Poydras St., Ste 1470
New Orleans, LA 70130

EAST BATON ROUGE PARISH
Filed Nov 29, 2021 3:54 PM
Deputy Clerk of Court

C-712123
25



**ROSS REPORTING SERVICES, INC.**

November 23, 2021

EAST BATON ROUGE PARISH DISTRICT CLERK
300 NORTH BLVD; RM 3301
BATON ROUGE, LA 70802

ATTN: SUITE ACCOUNTING

RE: ISSUING A FOREIGN SUBPOENA

To Whom It May Concern:

I am in need of assistance with a foreign subpoena issued in East Baton Rouge Parish. I have enclosed my Texas Subpoena and Direct Questions . Please contact me at debbie@rossreporting.com or 281-412-5622 Also, enclosed is a check of $175.00 made out to the Clerk of the Court for filing fees . We are working on behalf of The Buzbee Law Firm, 600 Travis Street, Suite 7300, Houston, Texas 77002.

The subpoena to be issued is to Baton Rouge Police Department; 9000 Airline Highway; Baton Rouge, LA 70815 for production of documents stating:
The entire investigative file, including but not limited to incident report(s), records, files, body worn camera video, dash camera video, case notes, field notes, measurements, witness statement(s), photos (color if available), video and/or audio tapes and any other type documents contained in your files and/or offices pertaining to an accident which occurred on/or about 09/08/2021; Traffic Reference No. 21-90847

Can you also, email me a copy of the foreign subpoena to debbie@rossreporting.com

Your assistance in the matter is greatly appreciated.

Debbie Martens
Ross Reporting Services, Inc.
Records Processor

/dm

11706 Playa Court
Houston, Texas 77065 No. 120115.001

*Locally Owned*
*Independently Operated*

*Visit our website at www.rossreporting.com*

(281) 484-0770
Fax (281) 484-1140

EAST BATON ROUGE PARISH
Filed Nov 29, 2021 3:54 PM
Deputy Clerk of Court
C-712123
25

No. C-712123-25

EDMOND STOKES                    :    IN THE DISTRICT COURT OF
                                 :
V                                :    EAST BATON ROUGE COUNTY, LOUISIANA
                                 :
GEORGE JOHNSON ET AL             :    19TH JUDICIAL DISTRICT

## NOTICE OF INTENTION
## TO TAKE DEPOSITION BY WRITTEN QUESTIONS

To Defendant by and through their attorney(s) of record: Blake T. Couvillion (Rabalais & Hebert, LLC) and Steven B. Rabalais (Rabalais & Hebert, LLC)
To other party/parties by and through their attorney(s) of record:

You will please take notice that twenty (20) days from the service of a copy hereof with attached questions, a deposition by written questions will be taken of Custodian of Records for:
BATON ROUGE POLICE DEPARMENT (Investigative)
9000 AIRLINE HIGHWAY, BATON ROUGE, LA 70815

before a Notary Public for        Ross Reporting Services, Inc.
                                  11706 Playa Court
                                  Houston, TX 77034
                                  281-484-0770   Fax 281-484-1140
or its designated agent, which deposition with attached questions may be used in evidence upon the trial of the above-styled and numbered cause pending in the above named court. Notice is further given that request is hereby made as authorized under Rule 200, Texas Rules of Civil Procedure, to the officer taking this deposition to issue a subpoena duces tecum and cause it to be served on the witness to produce any and all records as described on the attached questions and/or Exhibit(s) and any other such record in the possession, custody or control whether transferred and/or provided by digital or electronic medium, of the said witness, and every such record to which the witness may have access, pertaining to:

AN ACCIDENT WHICH OCCURRED ON/OR ABOUT 09/08/2021

and to turn all such records over to the officer authorized to take this deposition so that photographic reproductions of the same may be made and attached to said deposition.

/s/ Anthony D. Buzbee                          /s/ Mauricio Guevara
Anthony G. Buzbee                              Mauricio Guevara
The Buzbee Law Firm                            The Buzbee Law Firm
600 Travis, Suite 7300                         600 Travis, Suite 7300
Houston, TX 77002                              Houston, TX 77002
713-223-5393   Fax 713-223-5909               713-223-5393   Fax 713-223-5909
Attorney for Plaintiff                         Attorney for Plaintiff
SBA # 24001820                                 SBA # 24123065

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all Counsel of Record by hand delivery, E-File, fax, and/or certified mail, return receipt requested, on this day.

Dated: November 22, 2021                       by _____

Order No. 125624

EAST BATON ROUGE PARISH    C-712123
Filed Nov 29, 2021 3:54 PM         25
Deputy Clerk of Court

No. C-712123-25

EDMOND STOKES                                    :          IN THE DISTRICT COURT OF
                                                 :
V                                                :          EAST BATON ROUGE COUNTY, LOUISIANA
                                                 :
                                                 :
GEORGE JOHNSON ET AL                             :          19TH JUDICIAL DISTRICT

## DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

Custodian of Records for: BATON ROUGE POLICE DEPARMENT
Records Pertaining To: AN ACCIDENT WHICH OCCURRED ON/OR ABOUT 09/08/2021
Type of Records: **The entire investigative file, including but not limited to incident report(s), records, files, body worn camera video, dash camera video, case notes, field notes, measurements, witness statement(s), photos (color if available), video and/or audio tapes and any other type documents contained in your files and/or offices pertaining to an accident which occurred on/or about 09/08/2021; Traffic Reference No. 21-90847**

1.  Please state your full name, business address, telephone number and occupation.

    Answer: _____

2.  Did you receive a subpoena to produce and/or provide for inspection and photocopying any and all records?

    Answer: _____

3.  Are these records under your care, supervision, direction, custody or subject to your control?

    Answer: _____

4.  In your capacity as Custodian of Records, state if it is in the regular practice of your business activity to keep records, and if so, if such records are kept in the course of your regularly conducted business activity.

    Answer: _____

5.  Were these records made and kept in the regular course of your business? ("Business" means any kind of regularly organized activity, whether conducted for profit or not.)

    Answer: _____

6.  Please state whether or not it was in the regular course of business for a person with knowledge of the acts, events, conditions, opinions, or diagnosis recorded to make the record or to transmit information thereof to be included in such record.

    Answer: _____

7.  Were these records made at or near the time of the act event or condition recorded on these records, or reasonably soon thereafter?

    Answer: _____

8.  Are you able to identify these records as the original or true and correct photostatic copies of the original?

    Answer: _____

125624.001

9. Please hand exact duplicates of all such records as outlined in the subpoena duces tecum or the originals thereof for photocopying and/or inspection to the Notary Public taking this deposition. (This will be at no expense to you, and the officer will return the original of your records to you after they have been inspected and copied. Please be advised that it may be necessary to subpoena you or your employer to court at the time of trial of this case if you have not provided to the Notary Public taking your deposition ALL papers, documents, records, correspondence, or tangible matters as outlined in the subpoena.) Have you complied?

Answer: _____

10. If not, why not?

Answer: _____

11. Was the method of preparation of these records trustworthy?

Answer: _____

12. Do you understand that failure to comply with the request to produce all responsive records could result in penalties and sanctions by the Court?

Answer: _____

13. Are there any records that you have withheld from any part of your file (whether or not these records are original records produced by your office)? If so, please describe the records that are not produced or copied pursuant to the deposition and subpoena.

Answer: _____

14. Do you understand that each question you have answered is under oath and subject to the penalties of perjury?

Answer: _____

15. Are all of your answers true and correct and complete?

Answer: _____


_____
WITNESS (Custodian of Records)

Before me, the undersigned authority, on this day personally appeared _____,
known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct.

SWORN TO AND SUBSCRIBED before me this _____ day of _____, 20 _____.


_____
NOTARY PUBLIC

My Commission Expires: _____

125624.001

EAST BATON ROUGE PARISH | **C-712123**
Filed Nov 29, 2021 3:54 PM | **25**
Deputy Clerk of Court

## DEPOSITION SUBPOENA TO TESTIFY OR PRODUCE DOCUMENTS OR THINGS

**THE STATE OF TEXAS**

To any Sheriff or Constable of the State of Texas or other person authorized to serve subpoenas under RULE 176 OF TEXAS RULES OF CIVIL PROCEDURE. - GREETINGS -

You are hereby commanded to subpoena and summon the following witness(es):

Custodian of Records for:

    **BATON ROUGE POLICE DEPARMENT**
    **9000 AIRLINE HIGHWAY**
    **BATON ROUGE, LA 70815    225-398-2000**

to be and appear before a Notary Public of my designation for

    **Ross Reporting Services, Inc:    281-484-0770**
    **11706 Playa Court, Houston, TX 77034**

or its designated agent, on 12/13/2021 at the office of the custodian and there under oath to make answers of certain written questions to be propounded to the witness and to bring and produce for inspection and photocopying

    **The entire investigative file, including but not limited to incident report(s), records, files, body worn camera video, dash camera video, case notes, field notes, measurements, witness statement(s), photos (color if available), video and/or audio tapes and any other type documents contained in your files and/or offices pertaining to an accident which occurred on/or about 09/08/2021; Traffic Reference No. 21-90847**

and any other such record in the possession, custody or control of the said witness, and every such record to which the witness may have access, pertaining to:**AN ACCIDENT WHICH OCCURRED ON/OR ABOUT 09/08/2021**

          **Social Security Number   Date of Birth**

at any and all times whatsoever, then and there to give evidence at the instance of the **Plaintiff, ,** represented by **Mauricio Guevara**, Attorney of Record, in that Certain Cause No. **C-712123-25**, pending on the docket of the **District Court of the 19TH Judicial District of EAST BATON ROUGE County,**. Texas.

This Subpoena is issued under and by virtue of Rule 200 and Notice of Deposition Upon Written Questions on file with the above named court; styled

    **EDMOND STOKES**

    **V**

                                          DEBORAH ANN MARTENS
                                          4196033
                               NOTARY PUBLIC, STATE OF TEXAS
                               MY COMMISSION EXPIRES
                                      JUNE 7, 2022

    **GEORGE JOHNSON ET AL**

and there remain from day to day and time to time until discharged according to law.

**WITNESS MY HAND,** this Tuesday, November 23, 2021.

                                    NOTARY PUBLIC

176.8 Enforcement of Subpoena. (a) *Contempt*. Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena is issued or a district court in the county in which the subpoena is served, and may be punished by fine or confinement, or both.

To a communication or record relevant to an issue of the physical, mental or emotional condition of a patient in any proceeding in which any party relies upon the condition as a part of the party's claim or defense 509 (D) (4) Tex. R. Civ. Evid.

## OFFICER'S RETURN

Came to hand this _____ day of _____, 20___, and executed this the _____ day of _____, 20____, in the following manner: By delivering to the witness _____, a true copy hereof.

Returned this _____ day of _____, 20____.

    Order No.  125624.001                                     NOTARY PUBLIC

## RETURN COPY



**D7945488**

## SUBPOENA DUCES TECUM
## and SUBPOENA for DEPOSITION
### NUMBER C-712123 25

**EDMOND STOKES**
(Plaintiff)

**VS**

**GEORGE JOHNSON, ET AL**
(Defendant)

**19ᵗʰ JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO:   **CUSTODIAN OF RECORDS FOR**
      **BATON ROUGE POLICE DEPARTMENT**
      **9000 AIRLINE HIGHWAY**
      **BATON ROUGE, LA 70815**

You are hereby commanded to appear at the office of:

ROSS REPORTING SERVICES, INC.
11706 PLAYA COURT
HOUSTON, TX 77034

On **DECEMBER 13, 2021** and have your oral testimony taken in the above entitled and numbered cause, in accordance with Act No. 15 of 1960. And you are commanded to produce at the above time and place the following:

> ***SEE ATTACHED PREPARED SUBPOENA, NOTICE OF RECORDS DEPOSITION**
>    **AND INTERROGATORITES FOR ITEMS TO BE PRODUCED***
> ***SEE ATTACHED CODE OF CIVIL PROCEDURE ARTICLE 1354***

This SUBPOENA was requested by Attorney **RABALAIS, STEVEN BERNARD** and was issued by the Clerk of Court on **NOVEMBER 30, 2021.**



*Alice Monaco*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

---

**SERVICE INFORMATION:**

Received on the **9** day of **Dec**, 20 **21** and on the **9** day of **Dec**, 20 **21**, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at **9000 Airline Hwy (Christy) Legal**

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this **9** day of **Dec** 20 **21**

_____ **5568**
Deputy Sheriff

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

SUBPOENA DUCES TECUM and SUBPOENA for DEPOSITION –2067