UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| EDMOND STOKES | CIVIL ACTION |
| VERSUS | |
| GEORGE JOHNSON, ET AL. | NO. 22-00006-BAJ-RLB |

### RULING AND ORDER

Before the Court is Plaintiff's **Motion to Remand. (Doc. 8).** The Motion is opposed. (Doc. 9). The Magistrate Judge issued a **Report and Recommendation,** recommending that the Court deny Plaintiff's Motion to Remand. (Doc. 12). There are no objections to the Report and Recommendation.

Having carefully considered the underlying Petition, the Motion at issue, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion to Remand (Doc. 8)** is DENIED.

Baton Rouge, Louisiana, this 5th day of April, 2022

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA